Opinion filed May 27, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00230-CV

_____

## CHARLES E. SCHROEDER AND ERIN K. SCHROEDER,
### Appellants/Cross-Appellees

## V.

## BRAD TAYLOR D/B/A TAYLOR LANDSCAPE,
### Appellee/Cross-Appellant

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 24,167-B**

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court an agreed motion to dismiss the appeal. The parties state that they have resolved the claims asserted in the underlying case. The parties request that we dismiss the appeal and tax all costs of court "against the party incurring same." In accordance with the parties' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1.

The agreed motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

May 27, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.